### SCAFF v. STATE.

Ohio Appeals, 4th Dist., Lawrence Co.

Decided Nov. 13, 1928.

Irish & Riley, Ironton, for Scaff.
James Collier, Pros. Atty., Ironton, for State.

If the trial court believed this testimony of this witness it was sufficient to show possession on the part of Scaff regardless of how Scaff took possession of the bottle or from what place the bottle came. By this act Scaff assumed possession and control of the bottle whether it belonged to him or not, and by so assuming possession and control of the bottle he violated the law.

Middleton, P. J., Mauck and Thomas, JJ., concur.